199 So.2d 922

**STATE of Louisiana ex rel. VIEUX CARRE PROPERTY OWNERS AND ASSOCIATES, INC., et al.**

**v.**

**The BOARD OF ZONING ADJUSTMENTS OF the CITY OF NEW ORLEANS et al.**

No. 48749.

June 9, 1967.

In re: Vieux Carre Property Owners and Associates, Inc., et al., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So.2d 691.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.